# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO COMPLY WITH RULE 1006(b)

**DEBTOR(S) INFORMATION:**  
Scott Tassone  
**SSN:** xxx−xx−2586  
**EIN:** N/A  

21 Azalea  
Rancho Santa Margarita, CA 92688

**BANKRUPTCY NO.**  8:15−bk−13995−ES  
**CHAPTER**  7

It is ordered and notice is hereby given that a hearing in this case will be held at:

**Date:** 10/22/2015  
**Time:** 10:30 a.m.  
**Location:** 411 W. Fourth Street, Courtroom 5A  
Santa Ana, CA 92701

To consider and act upon the following:

Order to show cause why the above bankruptcy proceeding should not be dismissed or why the discharge should not be denied for failure to comply with installment payment schedule as required by Bankruptcy Rule 1006(b).

The above−named debtor(s) and the attorney of record are hereby ordered to appear unless the filing fees and check return charges are paid in full at least two (2) days prior to the scheduled hearing.

$235.00 Filing Fee Installment due 9/10/2015

Dated: September 14, 2015

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form ofci rev. 5/96) VAN−54                                                                                                **17 / DUA**