JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 15-13995-ES |
|---|---|
| SCOTT TASSONE | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:  PRO SE ZZ
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **January 6, 2016 at 10:00 AM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA 92701, for the reason(s) set forth below:

**The Trustee requested that you provide additional documentation.**

**The required tax returns have not been provided to the Trustee.**

**Your social security number needs to be verified by the Trustee.**

Dated:   December 4, 2015

/s/ Jeffrey I Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on December 4, 2015.

/s/ Lori Werner
Lori Werner