| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers<br>Jeffrey I. Golden, Trustee<br>P.O. Box 2470<br>Costa Mesa, CA 92628-2470<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**SANTA ANA DIVISION**<br>In re:<br>SCOTT TASSONE<br><br>                                        Debtor(s). | CHAPTER 7<br><br>CASE NO.: 15-13995-ES<br><br>(No Hearing Required) |

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR
# FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against;

☒   **DEBTOR:**     SCOTT TASSONE

☐   **JOINT DEBTOR:**

Dated: January 08, 2016

JEFFREY I. GOLDEN, TRUSTEE                           /s/ JEFFREY I. GOLDEN
*Type Name of Trustee*                                              *Signature of Trustee*