United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 15-13995-ES
Scott Tassone                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: hcoronaC          Page 1 of 2          Date Rcvd: Jan 08, 2016
                              Form ID: van23a        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.
```
db         +Scott Tassone,   21 Azalea,   Rancho Santa Margarita, CA 92688-1461
36502721   +AWA COLLECTIONS,   P O Box 6605,   Orange CA 92863-6605
36502718   +Allied Interstate,   P O Box 1954,   Southgate MI 48195-0954
36502719   +AmerASSIST AR SOLUTIONS,   8415 PULSAR PLACE STE 25C,   Columbus OH 43240-4032
36502723   +CENTRAL JUSTICE CENTER,   70C CIVIC CENTER DR,   SANTA ANA CA 92701
36502724   +CMRE FTNANCIAL,   3075 E IMPERIAL HWY,   Brea CA 92821-6733
36502727    CO-OPERATIVE ADJ BUREAU,   PO BOX 232027360 CIVIC DR STEB,   PLEASANT HILL CA 94523-6027
36502725   +COLLECTION CONSULTANTS,   6100 San Fernando Rd,   Glendale CA 91201-2280
36502729    CREDIT CONTROL,   PO BOX 120570,   Newport News VA 23612-0570
36502722    Capital SERVICING GRODP,   15025 GLAZIER AVESTE 2O2,   APPLE VALLEY MN 55124
36502730  #+FIDELITY CREDITORS,   216 S LOUISE ST,   GLENDALE CA 91205-1637
36502731    FORD MOTOR CREDIT,   O O Box 542000,   Omaha NE 68154
36502732    FRANCHSIE TAX BOARD,   6OO W Santa Ana Blvd,   SANTA ANA CA 92701
36502733   +HARBOR JUSTICE CENTER,   30143 CROWN VALLEY,   LAGUNA NIGUEL CA 92677-2001
36502735    INTERNAL REVENUE SERVICE,   FreSNO CA
36502736   +Medicredit Corp,   1801 California Ave,   Corona CA 92881-7251
36502737   +Progressive Mgmt System,   1521 W Cameron Ave,   Floor 1,   West Covina CA 91790-2738
36502738   +SANTA ANA SUPERIOR-ORA,   700 CIVIC CENTER DR,   SANTA ANA CA 92701-4045
36502739    SOUTHWEST COLLECTION SVC,   PO BOX 6349,   Orange CA 92863-6349
36502715   +TASSONE SCOTT,   21 AZALEA,   RANCHO SANTA MAR CA 92688-1461
36502714   +TASSONE SCOTT,   21 AZALEA,   RANCHO SANTA MARGARITA CA 92688-1461
36502741   +TeK COLLECT,   PO BOX 1269,   Columbus OH 43216-1269
36502743   +Toyota Motor Credit Corp,   1900 S State College Blvd,   Anaheim CA 92806-0101
36502716    U S BANKRUPTCY TRUSTEE,   411 W 4TH ST 2ND FLOOR,   SANTA ANA CA 92701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: EDD.COM Jan 09 2016 01:58:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Jan 09 2016 01:58:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA  95812-2952
36502717   +EDI: AARGON.COM Jan 09 2016 01:58:00      AARGON AGENCY,   3025 W SAHARA,
              LAS VEGAS NV 89102-6094
36502720    EDI: HNDA.COM Jan 09 2016 01:58:00      American Honda,   P O Box 6070,   Cypress CA 90630
36502726    E-mail/Text: bankruptcies@ccocinc.com Jan 09 2016 02:11:14      COLLECTION CONSULTANTS,
              P O Box 29050,   Glendale CA 91209-9050
36502728    EDI: CCS.COM Jan 09 2016 01:58:00      CREDIT COLLECTION,   P O Box 52677,
              Phoenix AZ 85072-2677
36502744   +EDI: WESTASSET.COM Jan 09 2016 01:58:00      West Asset Management,   2703 N HWY 75,
              Sherman TX 75090-2567
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Brenda Whitesides
cr              Cab West, LLC
intp            Courtesy NEF
36502740        BOARD OF EQUALIZATION
36502742        TerRANCE LINDSEY
36502734*      +HarBOR JUSTICE CENTER,   30143 CROWN VALLEY,   LAGUNA NIGUEL CA 92677-2001
                                                                                 TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                         Signature:  /s/Joseph Speetjens

```
District/off: 0973-8          User: hcoronaC              Page 2 of 2                    Date Rcvd: Jan 08, 2016
                              Form ID: van23a             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2016 at the address(es) listed below:
              Avi   Schild    on behalf of Interested Party    Courtesy NEF bk@atlasacq.com
              Gilbert B Weisman, ll    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
              Jeffrey I Golden (TR)    ljones@wgllp.com,
               jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
              John H Kim    on behalf of Creditor    Cab West, LLC jkim@cookseylaw.com
              Joseph  Cruz    on behalf of Creditor Brenda   Whitesides joe@mandelbaumrobison.com,
               joseph.leonard.cruz@gmail.com
              Sheryl K Ith    on behalf of Creditor    Cab West, LLC sith@cookseylaw.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

**United States Bankruptcy Court**
**Central District of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Scott Tassone

**BANKRUPTCY NO.**  8:15−bk−13995−ES

**CHAPTER**  7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−2586
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 1/8/16

**Address:**
21 Azalea
Rancho Santa Margarita, CA 92688

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is hereby vacated in its entirety.

3)   The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: January 8, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23a−odmwab VAN−23) Rev. 11/09

**41 / COR**